UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA BOSTOCK,

               Plaintiff,

-against-

GARNET HEALTH SYSTEMS,

               Defendant.

**ORDER**

24-CV-07328 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Discovery in this matter ended on September 10, 2025. (Doc. 23). On September 29, 2025, Defendant filed a letter notifying the Court that on September 10, 2025, they "served on counsel for Plaintiff, Defendant's Rule 56.1 Statement of Undisputed Facts in support of its anticipated Motion for Summary Judgment." (Doc. 28, the "Letter"). The Letter further described that Plaintiff's counsel was dealing with a "life threatening medical condition" and would need additional time to respond to Defendant's 56.1 Statement. (*Id.*). Defendant advised that "when [Plaintiff's counsel] made an application to the Court for the extension, Defendant would not oppose it." (*Id.*). There has been no activity on the docket by the Parties since Defendant filed the Letter, and neither counsel for Plaintiff nor counsel for Defendant have requested any extensions of time.

      As discovery ended on September 10, 2025 (Doc. 23), the time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on October 10, 2025. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on October 10, 2025, the Court *sua sponte* extends that deadline *nunc pro tunc* to November 24, 2025 and directs that the materials required under both Rules 6(A) and 6(B) shall be submitted by November 24, 2025.

1

SO ORDERED:

Dated: White Plains, New York
       October 31, 2025

                                                 _____
                                                 Hon. Philip M. Halpern
                                                 United States District Judge