# JacksonLewis

<table>
<tr><td>

Application granted.

The Clerk of the Court is respectfully directed to terminate the letter motion pending at Doc. 40.

SO ORDERED.

_[signature]_

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
      February 6, 2026

</td></tr>
</table>

February 6, 2026

**VIA ECF**
Honorable Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:    Theresa Bostock v. Garnet Health Systems
      No. 7:24-CV-07328 (PMH)

Dear Judge Halpern:

We represent the Defendant in the above-referenced case. We write on behalf of the Parties to respectfully request that Your Honor extend the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment from February 6, 2026 to February 20, 2026, and the deadline for Defendant's reply from February 20, 2026 to March 6, 2026. The Parties make this request because on February 5, 2026, Plaintiff's counsel informed Defendant that he suffered a medical emergency. This is the Parties' first request for an extension of the summary judgment deadlines. Both parties consent to this request for an extension.

Thank you for your attention to this matter.

Respectfully submitted,

_[signature]_

Joseph A. Saccomano, Jr.
(914) 872-6903 Direct
Joseph.Saccomano@jacksonlewis.com
Jackson Lewis P.C.

JAS/bb

cc:    James Mermigis, Plaintiff's Counsel (via ECF)